IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-01277-REB-CBS | Date: June 27, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                  *Counsel:*

JOE ANZURES                             Jordan Factor
                                                          Patrick Vellone

Plaintiff,

v.

FLAGSHIP RESTAURANT GROUP, et al.     Scott Jochim
                                                           Michael Roche

Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: TELEPHONIC STATUS CONFERENCE**
**Court in session: 10:01 a.m.**
Court calls case. Appearances of counsel.

Discussion regarding Motion to Vacate Scheduling Conference [24], Plaintiff's opposition in delaying Scheduling Conference, Plaintiff verbally requests an additional 8 weeks to file response to Motion to Dismiss for Lack of Jurisdiction or Transfer Venue [19], Plaintiff explains why lawsuit was filed in Colorado, and Motion to Stay Discovery [22].

**ORDERED:** Plaintiff's response to Motion to Dismiss for Lack of Jurisdiction or Transfer Venue [19] is extended and is due **on or before August 29, 2014**.

                Plaintiff may conduct *limited* discovery specifically directed to the question of personal jurisdiction.

                Motion to Stay Discovery [22] is **GRANTED** in part and **DENIED** in part as stated on the record.

                A Telephonic Status Conference is set for September 18, 2014 at 9:15 a.m. (Mountain Time) to discuss Motion to Dismiss for Lack of Jurisdiction or Transfer Venue [19] and written discovery.

Hearing Concluded.

**Court in recess: 10:30 a.m.**
Time in court: 00:29

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.