IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 14-cv-01277-REB-CBS              Date: October 20, 2014
Courtroom Deputy: Amanda Montoya              FTR – Reporter Deck-Courtroom A402

*Parties:*                                    *Counsel:*

JOE ANZURES,                                  Jordan Factor

Plaintiff,

v.

FLAGSHIP RESTAURANT GROUP, *et al.,*          Michael Roche
                                              Scott Jochim

Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 10:47 a.m.**
Court calls case. Appearances of counsel.

**ORDERED:** Defendants' MOTION [19] to Dismiss or Transfer Venue is **DENIED** without prejudice.

Defendants' MOTION [32] to Transfer Venue is **DENIED** without prejudice.

Discussion regarding MOTION [35] to Dismiss Amended Complaint and personal jurisdiction. The Plaintiff has not responded to the MOTION [35] to Dismiss Amended Complaint. A Scheduling Order will not be entered at this time pending future developments with MOTION [35] to Dismiss Amended Complaint.

Hearing concluded.

**Court in recess: 11:21 a.m.**
Total time in court:    00:34

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.